IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMER SUAREZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-790 |
| | : | |
| MICHAEL T. ROSE, et al. | : | |

## ORDER

AND NOW, this 11th day of February, 2026, upon consideration of Petitioner Wilmer Suarez's Petition for Writ of Habeas Corpus (Dkt. No. 1), the Government's response (Dkt. No. 7), and for the reasons stated in the accompanying Memorandum, it is ORDERED that the Petition (Dkt. No. 1) is GRANTED as follows:

1. Suarez is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall RELEASE Suarez from custody immediately and shall certify compliance with this Memorandum Opinion and Order by filing on the docket no later than 5:00 P.M. EST on February 12, 2026;

3. The Government is temporarily enjoined from re-detaining Suarez for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Suarez after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of any removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Suarez from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Suarez is subject to

2

detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Suarez if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Suarez.

The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.